# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

COMPREHENSIVE HEALTH OF PLANNED )
PARENTHOOD GREAT PLAINS, et al. )
                                           )
     Plaintiffs, )
                                           )    Case No. 2:16-cv-04313-HFS
v. )
                                           )
DR. RANDALL WILLIAMS, et al., )
                                           )
     Defendants. )

## ORDER GRANTING PRELIMINARY INJUNCTION

Pending before the Court is an order effectuating the ruling of April 19, 2017, granting the Plaintiffs' Motion for Preliminary Injunction. Having reviewed the Parties' briefing and argument, this Court orders as follows:

As to the Hospital-Relationship Requirement: Defendants Williams, Knight, Baker, Patterson, and Kenney are hereby preliminarily enjoined from enforcing, as to physicians seeking to perform abortions, Mo. Rev. Stat. § 197.215.1(2), 19 CSR § 30-30.060(1)(C)(4), the second sentence of Mo. Rev. Stat. § 188.080, and Mo. Rev. Stat. § 188.027.1(1)(e).

As to the Ambulatory Surgical Center (ASC) Requirement: all Defendants are hereby preliminarily enjoined from enforcing, as to abortion facilities, 19 CSR § 30-30.070 and 19 CSR § 30-30.060(1)(C)(4).

No other provision of Missouri law or regulation challenged by Plaintiffs is enjoined pending further orders of the Court. Further, the Department of Health and Senior Services is free to use all other licensing and inspection activities in its oversight of abortion facilities in a non-discriminatory manner. The Court expects current and future licensing applications to be

processed promptly, in light of patient needs, and without effective influence from opponents of abortion.

SO ORDERED:

*/s/ Howard F. Sachs*
Hon. Howard F. Sachs
United States District Judge

May 2nd, 2017
Kansas City, Missouri