# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 08, 2017

Mr. Dean John Sauer
ATTORNEY GENERAL'S OFFICE
111 N. Seventh Street
Saint Louis, MO  63101-0000

      RE:  17-1996  Comprehensive Health, et al v. Josh Hawley, et al

Dear Counsel:

      The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

CMH

Enclosure(s)

cc:     Mr. Arthur Benson
       Ms. Melissa Ann Cohen
       Ms. Emily Ann Dodge
       Ms. Jamie Kathryn Lansford
       Ms. Jennifer Sandman
       Ms. Kathleen Wirt
       Ms. Paige Wymore-Wynn

District Court/Agency Case Number(s): 2:16-cv-04313-HFS

**Caption For Case Number: 17-1996**

Comprehensive Health of Planned Parenthood Great Plains, on behalf of itself, its patients, physicians and staff; Reproductive Health Services of Planned Parenthood of the St. Louis null, on behalf of itself, its patients, physicians, and staff; Ronald Yeomans, on his own behalf and on behalf of his patients

       Plaintiffs - Appellees

v.

Josh Hawley, in his official capacity as Attorney General of the State of Missouri; Dr. Randall Williams, in his official capacity as Director of Department of Health and Senior Services

       Defendants - Appellants

Daniel Knight, in his official capacity as Boone County Prosecutor; Jean Peters Baker, in her offical capacity as Jackson County Prosecutor; Dan Patterson, in his official capacity as Green County Prosecutor; Theresa Kenney, in her official capacity as Jasper County Prosecutor

       Defendants

**Addresses For Case Participants:  17-1996**

Mr. Dean John Sauer
ATTORNEY GENERAL'S OFFICE
111 N. Seventh Street
Saint Louis, MO  63101-0000

Mr. Arthur Benson
ARTHUR BENSON & ASSOCIATES
4006 Central
Kansas City, MO  64111

Ms. Melissa Ann Cohen
PLANNED PARENTHOOD FEDERATION OF AMERICA
9th Floor
123 William Street
New York, NY  10038

Ms. Emily Ann Dodge
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO  65102-0000

Ms. Jamie Kathryn Lansford
ARTHUR BENSON & ASSOCIATES
4006 Central
Kansas City, MO  64111

Ms. Jennifer Sandman
PLANNED PARENTHOOD FEDERATION OF AMERICA
9th Floor
123 William Street
New York, NY  10038

Ms. Kathleen Wirt
400 E. Ninth Street
Kansas City, MO  64106-0000

Ms. Paige Wymore-Wynn
U.S. DISTRICT COURT
Western District of Missouri Clerk's Office
U.S. Courthouse
80 Lafayette Street
Jefferson City, MO  65101