# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-1996

Comprehensive Health of Planned Parenthood Great Plains, on behalf of itself, its patients, physicians and staff, et al.

Appellees

v.

Josh Hawley, in his official capacity as Attorney General of the State of Missouri and Dr. Randall Williams, in his official capacity as Director of Department of Health and Senior Services

Appellants

Daniel Knight, in his official capacity as Boone County Prosecutor, et al.

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:16-cv-04313-HFS)
_____

**ORDER**

    Appellant Hawley's motion for a temporary administrative stay has been considered by the court and is denied without prejudice to the filing of a renewed motion if any of the four facilities at issue completes the state licensing process before the motion for stay pending appeal is resolved. The motion to seal exhibits in support of the motion for stay is granted.

June 02, 2017

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans