IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

COMPREHENSIVE HEALTH OF PLANNED )
PARENTHOOD GREAT PLAINS, et al. )
)
    Plaintiffs, )
) Case No. 2:16-cv-04313-HFS
v. )
)
DR. RANDALL WILLIAMS, et al., )
)
    Defendants. )

## REASSIGNMENT ORDER

    This case has reached a lull in activity, awaiting appellate briefing and ruling on the preliminary injunction, which is now in effect. The current situation invites review of future handling, and prospective handling of likely additional litigation relating to abortion controversies. Such cases would be candidates for "related case" assignment or mutually agreed transfers to a local judge experienced in abortion law controversies, pursuant to Local Rule 83.9.

    A Special Session of the General Assembly on abortions is in process. If productive, further litigation is quite possible. New or newly activated clinics are apparently being readied in as many as four cities in this District, assuming plaintiffs can muster the necessary resources. Conflict with officials of the Department of Health and Senior Services has occurred in recent years and may be resumed, given inconsistences between Federal constitutional rights and local anti-abortion political attitudes. By reason of advancing seniority, I am not an appropriate prospect for future ongoing activities.

    This is an appropriate time to have the case reassigned by the Clerk's office. Based on my prior rulings, if affirmed, this case may be near completion at the district level, either by summary judgment or a permanent injunction, using the present substantial record and any

1

modest supplement. Even if more is needed my role seems to have been sufficiently completed, and a successor should have little difficulty becoming familiar with my analysis. It does take careful study, but the subject deserves such attention. It is therefore ORDERED that this case be reassigned by blind draw among the qualified judges.

                                                    */s/ Howard F. Sachs*
                                                   Hon. Howard F. Sachs
                                                   United States District Judge

July 24, 2017
Kansas City, Missouri