# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-1996

Comprehensive Health of Planned Parenthood Great Plains, on behalf of itself, its patients, physicians and staff, et al.

Appellees

v.

Josh Hawley, in his official capacity as Attorney General of the State of Missouri and Dr. Randall Williams, in his official capacity as Director of Department of Health and Senior Services

Appellants

Daniel Knight, in his official capacity as Boone County Prosecutor, et al.

------------------------------

Foundation for Moral Law and Eagle Forum Education and Legal Defense Fund

Amici on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:16-cv-04313-FJG)
_____

**ORDER**

This order amends and corrects the previous order in this case, dated September 15, 2017.

The request filed July 24, 2017, for a temporary stay of the district court's preliminary injunction pending en banc consideration of the motion for stay pending appeal has been considered by the court en banc and is granted.

September 27, 2017

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans