No: 17-1996

Comprehensive Health of Planned Parenthood Great Plains, on behalf of itself, its patients, physicians and staff, et al.

Appellees

v.

Josh Hawley, in his official capacity as Attorney General of the State of Missouri and Dr. Randall Williams, in his official capacity as Director of Department of Health and Senior Services

Appellants

Daniel Knight, in his official capacity as Boone County Prosecutor, et al.

------------------------------

Foundation for Moral Law and Eagle Forum Education and Legal Defense Fund

Amici on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:16-cv-04313-FJG)
_____

**CORRECTED ORDER**

This order corrects our previous order dated October 2, 2017, to show the panel.

Before SMITH, Chief Judge, WOLLMAN, LOKEN, MURPHY, COLLOTON, GRUENDER, BENTON, SHEPHERD, and KELLY, Circuit Judges.

Upon consideration of the motion for stay of injunction pending appeal before the court en banc, the motion is denied.

Chief Judge Smith, Judge Colloton, Judge Gruender, and Judge Shepherd would grant the motion.

October 03, 2017

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans