# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| COMPREHENSIVE HEALTH OF PLANNED PARENTHOOD GREAT PLAINS, et al. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 16-04313-CV-C-FJG<br>) |
| DR. RANDALL WILLIAMS, et al., | )<br>) |
| Defendants. | ) |

## ORDER

The Court hereby **ORDERS** the Clerk's office to direct the assignment of Case No. 16-4313-CV-C-FJG to Judge Brian C. Wimes.

Date: <u>November 1, 2017</u>         **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri        Fernando J. Gaitan, Jr.
       United States District Judge