# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-1996

Comprehensive Health of Planned Parenthood Great Plains, on behalf of itself, its patients, physicians and staff, et al.

Appellees

v.

Josh Hawley, in his official capacity as Attorney General of the State of Missouri and Dr. Randall Williams, in his official capacity as Director of Department of Health and Senior Services

Appellants

Daniel Knight, in his official capacity as Boone County Prosecutor, et al.

------------------------------

Foundation for Moral Law

Amicus on Behalf of Appellant(s)

National Abortion Federation

Amicus on Behalf of Appellee(s)

Eagle Forum Education and Legal Defense Fund

Amicus on Behalf of Appellant(s)

___

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:16-cv-04313-FJG)

___

## MANDATE

In accordance with the opinion and judgment of 09/10/2018, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 01, 2018

Clerk, U.S. Court of Appeals, Eighth Circuit