# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-1656

Comprehensive Health of Planned Parenthood Great Plains, on behalf of itself, its patients, physicians and staff, et al.

Appellants

v.

Daniel Knight, in his official capacity as Boone County Prosecutor, et al.

Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:16-cv-04313-BCW)
_____

**ORDER**

The motion to hold this appeal in abeyance pending completion of proceedings in the United States Supreme Court in *June Medical Services, LLC v. Gee*, No. 17-30397 (5th Cir.) is denied.

April 11, 2019

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
           /s/ Michael E. Gans