# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-1656
_____

Comprehensive Health of Planned Parenthood Great Plains, on behalf of itself, its patients, physicians and staff; Reproductive Health Services of Planned Parenthood of the St. Louis Region, Inc., on behalf of itself, its patients, physicians, and staff; Ronald Yeomans, on his own behalf and on behalf of his patients

Plaintiffs - Appellants

v.

Daniel Knight, in his official capacity as Boone County Prosecutor; Jean Peters Baker, in her official capacity as Jackson County Prosecutor; Dan Patterson, in his official capacity as Green County Prosecutor; Eric S. Schmitt, in his official capacity as Attorney General of the State of Missouri; Theresa Kenney, in her official capacity as Jasper County Prosecutor; Dr. Randall Williams, in his official capacity as Director of Department of Health and Senior Services

Defendants - Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:16-cv-04313-BCW)
_____

## JUDGMENT

Appellants' motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

April 29, 2019

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans