# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-1656

Comprehensive Health of Planned Parenthood Great Plains, on behalf of itself, its patients, physicians and staff, et al.

Appellants

v.

Daniel Knight, in his official capacity as Boone County Prosecutor, et al.

Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:16-cv-04313-BCW)

_____

**MANDATE**

In accordance with the judgment of 04/29/2019, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 29, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit