IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| COMPREHENSIVE HEALTH OF PLANNED PARENTHOOD GREAT PLAINS, et al., | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )     Case No. 2:16-CV-04313-BCW<br>) |
| RANDALL WILLIAMS, et al., | )<br>) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

   X   **Decision by Court.** The issues have been considered and a decision has been rendered by the Court.

IT IS ORDERED AND ADJUDGED, Plaintiffs' Motion to Extend Stay, or in the Alternative, to Dismiss Without Prejudice (Doc. #201) is GRANTED IN PART and DENIED IN PART. The motion to stay is denied and the motion to dismiss without prejudice is granted. It is further

ORDERED this matter is DISMISSED WITHOUT PREJUDICE, consistent with the orders entered by the Honorable Brian C. Wimes this date.

 

AT THE DIRECTION OF THE COURT

August 13, 2019
Dated

/s/Paige Wymore-Wynn
Court Executive

August 13, 2019
Entered

By: Joella Baldwin
Deputy Clerk